NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000381
01-FEB-2013
08:05 AM**

NO. CAAP-12-0000381

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JAMIE HUNT, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTA-11-02814)

ORDER APPROVING THE STIPULATION FOR
DISMISSAL OF APPEAL FILED ON JANUARY 22, 2013
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the parties' January 22, 2013 stipulation to dismiss the appeal, it appears that Appeal No. CAAP-12-0000381 has been docketed and the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawaiʻi Rules of Appellate Procedure (HRAP). Counsel for all parties signed the stipulation, and Defendant-Appellant Jamie Hunt signed a declaration in compliance with HRAP Rule 42(c). Therefore, pursuant to HRAP Rule 42(b) and (c),

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000381 is dismissed.

DATED: Honolulu, Hawaii, **FEB - 1 2013**

Chief Judge

Associate Judge

Associate Judge